# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KELEI T. JONES,**
**ADC #552818**                                                                                  **PLAINTIFF**

**V.**                          **CASE NO. 4:20-CV-1325-BRW-BD**

**GAYLON LAY,** *et al.*                                                                 **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal, filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

The Defendants' motion to dismiss is GRANTED, in part. Mr. Jones's claims are DISMISSED, with prejudice. The Defendants' request to count the dismissal as a "strike" is DENIED.

IT IS SO ORDERED this 22nd day of February, 2021.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE