# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KELEI T. JONES,**
**ADC #552818**                                                     **PLAINTIFF**

**V.**                  **CASE NO. 4:20-CV-1325-BRW-BD**

**GAYLON LAY**, *et al*.                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 22nd day of February, 2021.

                                          Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE